**Order entered April 5, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00212-CR
### No. 05-20-00213-CR

**JAILEN LATRELL MATTHEWS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-76633-M & F18-76635-M**

### ORDER

Before the Court is the State's motion for extension of time to file its brief.

We **GRANT** the motion. We **ORDER** the brief received on March 31, 2021, filed

as of the date of this order.


/s/    ERIN A. NOWELL
        JUSTICE